1625. WESTERN & ATLANTIC RAILROAD COMPANY *v.* CHATSWORTH LAND COMPANY.

POWELL, J. The case was tried in the city court of Dalton before Judge Longley, who overruled a motion for a new trial on the 29th of December, 1908. His term expired on the 31st of December, and he was succeeded by Judge Glenn. The bill of exceptions complaining of this ruling in overruling the motion for a new trial was presented to Judge Glenn and he signed it. The case is controlled by *Scott* v. *State,* ante, 812 (63 S. E. 936).     *Writ of error dismissed.*

Submitted February 24,—Decided March 16, 1909.

*Julian McCamy,* for plaintiff in error.

*J. M. Rudolph, W. E. Mann,* contra.